1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  FRANCISCA REYNA ROMERO

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   Case No.  CR-F- 04 5097 AWI
                                    )
11      Plaintiff,                  )   SUBSTITUTION OF ATTORNEYS
                                    )   AND ORDER THEREON
12      v.                          )
                                    )
13 FRANCISCA REYNA ROMERO,          )
                                    )
14      Defendant.                  )
   _____  )
15

16      Defendant, FRANCISCA REYNA ROMERO, hereby substitutes John F. Garland,

17 Attorney at Law, 1713 Tulare Street, Suite 221,, Fresno, California 93721, telephone (559)

18 497-6132 as her attorney of record in place and stead of Kevin G. Little, Attorney at Law.

19 Dated: August 4, 2005                        /s/ Francisca Reyna Romero
                                                FRANCISCA REYNA ROMERO
20
        I consent to the above substitution.
21
   Dated: August 2, 2005                        /s/ Kevin G. Little
22                                              KEVIN G. LITTLE

23      I accept the above substitution.

24 Dated: August 4, 2005                        /s/ John F. Garland
                                                JOHN F. GARLAND
25

26

27

28                                        1

**ORDER**

Good cause appearing, the foregoing Substitution of Attorneys is APPROVED.

IT IS SO ORDERED.

**Dated:     August 10, 2005                                 /s/ Anthony W. Ishii           **
0m8i78                                              UNITED STATES DISTRICT JUDGE

2